**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Nicolas Rodriguez LOPEZ,**
**Defendant–Appellant.**

No. 08–50110.

United States Court of Appeals,
Ninth Circuit.

Submitted April 5, 2010.*

Filed April 20, 2010.

Lisa Eve Feldman, Assistant U.S., Michael J. Raphael, Esquire, Assistant U.S., Office of the U.S. Attorney, Los Angeles, CA, for Plaintiff–Appellee.

Richard M. Callahan, Jr., Esquire, Richard M. Callahan, Jr., Law Offices, Pasadena, CA, for Defendant–Appellant.

Before: RYMER, McKEOWN, and PAEZ, Circuit Judges.

MEMORANDUM **

Nicolas Rodriguez Lopez appeals from the six concurrent terms of 288 months, and concurrent term of 240 months, imposed after he was resentenced following a limited remand pursuant to *United States v. Ameline,* 409 F.3d 1073, 1084–85 (9th Cir.2005) (en banc).

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Lopez's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided the appellant the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Accordingly, counsel's motion to withdraw is **GRANTED,** and the district court's judgment is **AFFIRMED,** but the case is **REMANDED** to the district court for the limited purpose of correcting the judgment to delete the special conditions of supervised release relating to financial disclosures that were not imposed at sentencing.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.